| | |
|---|---|
| JAMES EDWARD TRUSCHKE, JR., | No. 2:15-cv-0701 DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| JOHN ZUFALL, et al., | |
| Defendants. | |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff proceeds pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to the jurisdiction of a magistrate judge. (ECF Nos. 4, 59.)

A recent court order was served on plaintiff's address of record and returned by the postal service. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the court of a current address.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to prosecute. <u>See</u> Local Rule 183(b). All pending motions are vacated.

Dated: October 2, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;
DB/Inbox/Routine/trus0701.33a